

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00247-CV

Sonja **CAMPBELL**,
Appellant

v.

David **CAMPBELL**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00288
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant Sonja Campbell filed a notice of appeal on April 22, 2019. The Texas Rules of Appellate Procedure require the notice of appeal to state the date of the judgment or order appealed from. TEX. R. APP. P. 25.1(d)(2). Appellant's notice of appeal refers to a writ of possession signed on April 11, 2019. The clerk's record shows the April 22, 2019 writ of possession was set aside. The clerk's record also contains a new judgment signed on May 9, 2019. It is therefore ORDERED that appellant clarify within ten days from the date of this order whether she seeks to appeal the May 9, 2019 judgment. *See* TEX. R. APP. P. 27.1(a) ("In a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal.").

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court